Exhibit 4, Form 3

SEC Form 3

# FORM 3

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
GLD SPONSOR MEMBER, LLC

(Last) (First) (Middle)
10940 WILSHIRE BOULEVARD
SUITE 705

(Street)
LOS ANGELES CA 90024

(City) (State) (Zip)

2. Date of Event Requiring Statement (Month/Day/Year)
04/25/2023

3. Issuer Name and Ticker or Trading Symbol
Sagaliam Acquisition Corp [ SAGA ]

4. Relationship of Reporting Person(s) to Issuer
(Check all applicable)
Director
X 10% Owner
Officer (give title below)
Other (specify below)

5. If Amendment, Date of Original Filed (Month/Day/Year)

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|

## Table II - Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Class B Common Stock | (1)(2) | (1)(2) | Class A Common Stock | 1,363,000 | (1)(2) | D(3) | |

**Explanation of Responses:**

1. As described in the Issuer's registration statement on Form S-1 (File No. 333-256473) under the heading "Description of Securities - Founder Shares and Private Placement Shares," the shares of Class B Common stock will automatically convert into shares of Class A common stock at the time of the Issuer's initial business combination on a one-for-one basis subject to certain adjustments.

2. These shares represent Class B common stock previously acquired by Sagaliam Sponsor, LLC (the "Sponsor") acquired pursuant to a purchase agreement by and between the Sponsor and the Issuer. GLD Sponsor Member, LLC ("GLDSM") is the sole member of Sponsor. Sponsor transferred these shares to GLDSM pursuant to a Share Distribution Agreement dated as of April 25, 2023.

3. The managing member of GLD Sponsor Member, LLC is Daniel L. Gordon, and as such, Mr. Gordon may be deemed to beneficially own shares held directly by GLD Sponsor Member, LLC.

/s/ Daniel Gordon 05/11/2023

** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**