Exhibit 6, EMAIL FROM GORDON DISCUSSING GINSBURG AND HIS HISTORY WITH GLD

Gmail

barry Kostiner <bkostiner@fintecham.com>

# Ginsburg

**Daniel Gordon** <dgordon@gldlp.com> Wed, Jul 28, 2021 at 11:58 AM
To: barry Kostiner <bkostiner@fintecham.com>

Alan Ginsburg is the principal member of AHG Group LLC and has been an investor in GLD Partners LP since its inception. AHG and its affiliates are based in Orlando, Florida and at one time were the largest developers of affordable housing projects in the United States. Mr. Ginsberg has previously served as a director of Fifth Third Bank and Broadway REIT. He is also the chairman of Ginsberg Family Foundation, a 501c3 which contributes to education and health care endeavors in Florida.