Exhibit 8, NASDAQ QUESTIONNAIRE GINSBURG IN HIS OWN HANDWRITING (redacted)

# SAGALIAM ACQUISITION CORP.
# FINRA QUESTIONNAIRE
# FOR DIRECTORS, OFFICERS, 5% BENEFICIAL OWNERS
# AND
# OWNERS OF UNREGISTERED SECURITIES ACQUIRED
# WITHIN THE PAST 180 DAYS

## INTRODUCTION

The following questions seek information in connection with the preparation by Sagaliam Acquisition Corp. (the "**Company**") of a registration statement, the related prospectus and other regulatory filings in connection with the offering of the Company's securities (the "**Offering**"). Maxim Group LLC will be acting as the underwriter of the Offering (the "**Underwriter**").

Please note that the italicized terms used throughout this questionnaire are defined in Appendix A entitled "Definitions" at the end of this document. In addition, for ease of comprehension: (i) any reference to the "Company" shall include its *sponsors*, its *subsidiaries, directors*, *officers* and *shareholders*; (ii) any reference to a "*FINRA member*" shall include a *person affiliated with a FINRA member,* a *person associated with a FINRA member,* and the *immediate family* members of a *FINRA member,* a *person affiliated with a FINRA member* and a *person associated with a FINRA member;* (iii) any reference to an *underwriter* shall include those entities defined as an "*underwriter or a related person*"; and (iv) any reference to "you" shall include your *affiliates*, *associates* and *immediate family* members, and the *immediate family* members of your *affiliates* and *associates*.

**If you are, or if you are affiliated with, a private equity, venture, LBO or similar pooled investment fund, please fill out the Supplemental Questionnaire attached hereto as Appendix B.**

Please answer every question. If the answer to any question is "None" or "Not Applicable", please so state. In the event you have a positive response to any question, please explain your answer on a separate piece of paper, reference the question to which any such response relates, and attach the response hereto.

Once completed, please return the signed questionnaire along with all explanations as soon as possible to Harter Secrest & Emery LLP, counsel to the Underwriter, attention: Christopher Murillo, Harter Secrest & Emery LLP, by email at cmurillo@hselaw.com or facsimile at (585) 232-2152. If you have any questions regarding this questionnaire, please call Christopher Murillo at (585) 231-1396.

***If you have any question or there is any change in the information set forth herein after you submit this questionnaire but before the completion of the Offering, please contact Christopher Murillo.***

**1.**

1. **Relationship with the Company**

**a.** Indicate the nature of any position, office or other *material relationship* that you have had within the past three years with the Company or any of its predecessors or "*affiliates*".

NONE

**b.** State whether you or any of your "*associates*" are:

1. an *officer* or member of the board of directors of the Company:

Yes ☐ No ☒

2. a *beneficial owner* of five percent (5%) or more of any class of the Company's securities; or

Yes ☒ No ☐

3. a purchaser of the Company's unregistered equity securities that were acquired during the 180 days immediately preceding the date hereof (except for securities acquired through any stock bonus, pension or profit-sharing plan that qualifies under Section 401 of the Internal Revenue Code)?

Yes ☐ No ☒

2. **FINRA Affiliation**

Are you:

**a.** a FINRA member;

**b.** a *person affiliated with a FINRA member*;

**c.** a *person associated with a FINRA member* or an *immediate family member* of such person; or

**d.** a person directly or indirectly engaged in the securities business as a broker, dealer or underwriter, whether as an employee, director, partner, registered underwriter, investor, or otherwise?

For example, if you are an *officer*, director, partner or 5% or greater shareholder of a broker-dealer, the answer is yes. Likewise, if you are an *officer*, director, partner or 5% or greater shareholder of a company which has a broker-dealer subsidiary or an *officer*, director, partner or 5% or greater shareholder of a subsidiary of a company

which has a broker-dealer subsidiary, the answer is yes. In this regard, bank holding companies, insurance companies and mutual fund companies often have broker-dealer subsidiaries or *affiliates*, including discount and captive brokers. Accordingly, if you are an *officer*, director, partner or 5% or greater shareholder of a bank holding company, insurance company or mutual fund company, the answer may be yes.

Yes ☐ No ☒

**e.** If you are a venture fund, private equity fund, merchant banking fund, LBO fund, investment partnership or other pooled investment vehicle (each, a "Fund"), please answer the following question and complete the supplemental questionnaire attached as Appendix B:

Is the general partner, managing member or other manager of the Fund a *FINRA member, person associated with a FINRA member or affiliate* of a *FINRA member*? In answering this question, please take into account not only the ultimate general partner, managing member or other manager, but all entities, if any, between the ultimate general partner, managing member or other manager, on the one hand, and the Fund, on the other hand.

Yes ☐ No ☐ Not Applicable ☒

If Yes, please explain.

If you responded "Yes" to **a-e**, please set forth the name of the *FINRA member* and the nature of your *association* or *affiliation* therewith.

________________________________________
________________________________________
________________________________________

**If your answers to Questions 2.a-e are "No," or if your answer is "Yes," but the FINRA member will not be participating in the offering, please skip to Question 4.**

**3. Relationship with Participating FINRA Member**

If you answered "yes" to any part of Question 2 <u>and</u> the *FINRA member* will participate in the Offering, please provide the following information:

**a.** In the case of a private investment group, hedge fund, or general or limited partnership, provide the identity of each general or limited partner with the FINRA relationship disclosed above, the percentage of each such person's equity ownership of the partnership, and whether the person is a general or limited partner:

________________________________________
________________________________________
________________________________________

**b.** Detailed description of your relationship (or each general or limited partner's relationship) with such *FINRA member(s)*, if not fully disclosed above:

________________________________________

________________________________________

________________________________________

**c.** Describe the anticipated participation of the *FINRA member(s)* named above in the Offering (including as an underwriter, syndicate member, finder, financial consultant or advisor to the Company, selling security holder, or recipient of any Offering proceeds):

________________________________________

________________________________________

________________________________________

**4. Ownership of the Company's Securities**

Please provide the information requested below with respect to (i) the equity or debt securities of the Company or any *affiliate* thereof *beneficially owned* by you or an *immediate family* member; (ii) all purchases and acquisitions (including contracts for purchase or sale) of securities of the Company or any *affiliate* thereof by you or an *immediate family* member on or after January 1, 2021 and the subsequent disposition of such securities; and (iii) any proposed purchases and sales that you anticipate will be consummated in whole or in part within the next twelve months. If you are the general partner of a limited partnership, provide the information requested below on the total securities *beneficially owned* by the limited partnership. If the *beneficial owner* is a member of a private investment group, hedge fund or other general or limited partnership, furnish, if known, the names of all general and limited partners and their association with or relationship to any *FINRA member*.

| Beneficial Owner (and Relationship, if other than self) | Type of Securities<br><br>Equity, (indicate Common or Series of Preferred Stock, Warrants, Rights or Options)<br><br>or Type of Debt Security | Number of Securities<br><br>(include number of securities issuable upon exercise of Warrants, Rights or Options)<br><br>or Face Value of Debt Securities | Price Paid or Other Consideration | Date (or anticipated date) of Acquisition or Sale | Description of Relationship with Seller or Buyer (if applicable) |
|---|---|---|---|---|---|
| Self | Common Stock | 2,600,000 | $1 | Aug. 2021 | N/A |
| | | | | | |
| | | | | | |

**5. Ownership of Company's Unregistered Equity Securities**

Are you aware of any acquisition of the Company's unregistered equity securities during the last 180 days by any *beneficial owner* who is an *underwriter or related person*, *Member of FINRA*, *affiliate* of a *Member of FINRA*, or a person *associated* with a *Member of FINRA*?

Yes ☐ No ☒ If Yes, please explain.

**6. Compensation of FINRA Members**

Except for the receipt of underwriting discounts and commissions, do you know of any information pertaining to compensation received or to be received in connection with or related to the distribution of the Offering, or any other dealing or *arrangement* which provides for the receipt or transfer of any *underwriting compensation* or the transfer of any warrants, options or other securities from the Company to any *FINRA member*?

Yes ☐ No ☒ If Yes, please explain.

**7. Ownership of Securities of FINRA Members**

Do you own any stock or other securities of any *FINRA member* not purchased in the open market, or have you made any outstanding subordinated loans to any *FINRA member*?

Yes ☐ No ☒ If Yes, please explain.

## 8. Underwriter Affiliation

Have you ever been an *underwriter or a controlling person* or member of any investment banking or brokerage firm that has been or might be an underwriter for securities of the Company (including, but not limited to, the units, common stock or warrants now being registered)?

Yes ☐ No ☒ If Yes, please explain.

## 9. Relationship with FINRA Members

**a.** Regarding the Offering

Do you or any of your *affiliates* have a material relationship with any *FINRA member(s)* that might participate in the underwriting of the offering?

Yes ☐ No ☒ If Yes, please explain.

**b.** Other Relationships

Have you ever had any interest in or *material relationship* with the Underwriter or any other investment banking firm or underwriting organization or its counsel?

Yes ☐ No ☒ If Yes, please explain.

## 10. Arrangements

Except as to any *arrangement* with the Underwriter, do you know of any *arrangement* made or to be made by any person, or of any transaction already effected:

**a.** to limit or restrict the sale of the Company's units, common stock or warrants during the period of the Offering;

**b.** to stabilize the market for the Company's units, common stock or warrants;

**c.** to grant any discounts or the payment of any commission to any *person* or the payment of any finder's fee or similar payment;

**d.** to allocate any of the Company's units, common stock or warrants to be distributed during the Offering to you or any of your *associates* or to any *officer* or director of the Company; or

**e.** to allocate any of the Company's common stock which are to be registered to you or any of your *associates* or to any officer or director of the Company?

Yes ☐ No ☒ If Yes, please explain.

## CONCLUDING STATEMENT

The undersigned understands that this information may be forwarded to FINRA and may be used in connection with the preparation of the Registration Statement or a related prospectus or prospectus supplement. The information set forth above is supplied by the undersigned in response to the request of the Company for use in connection with the Company's proposed public offering. By signing below, the undersigned is certifying that the answers given in this questionnaire are correctly stated to the best of the undersigned's knowledge, information and belief, and the undersigned acknowledges that the Company, the Underwriter and any other underwriters and their respective counsel will rely on such answers.

**If there is any material change in such information prior to the completion of the proposed public offering, the undersigned will immediately inform Christopher Murillo, Harter Secrest & Emery LLP, by telephone at (585) 231-1396 or email at cmurillo@hselaw.com.**

This questionnaire has been executed by the undersigned on August 4, 2021.

Alan H. Ginsburg
Name of Individual or Entity (please print)

By:____________________
(Signature)

____________________
Name of signatory, if signing on behalf of an entity (please print)

____________________
Title (if applicable)

## Appendix A

### Definition of Terms used in this Questionnaire

The term *"affiliate"* (including the term *affiliated*) means a company that *controls*, is *controlled* by or is under common *control* with a *FINRA member*.

(i) A company will be presumed to *control* a *member* if the company *beneficially owns* 10% or more of the outstanding voting securities of a *member* which is a corporation, or *beneficially owns* a partnership interest in 10% or more of the distributable profits or losses of a *member* which is a partnership;

(ii) a *member* will be presumed to *control* a company if the *member* and *persons associated with the member beneficially own* 10% or more of the outstanding voting securities of a company which is a corporation, or *beneficially own* a partnership interest in 10% or more of the distributable profits or losses of a company which is a partnership; and

(iii) a company will be presumed to be under *common control* with a *member* if either (A) the same natural person or company *controls* both the *member* and company by *beneficially* owning 10% or more of the outstanding voting securities of a *member* or company which is a corporation, or by *beneficially owning* a partnership interest in 10% or more of the distributable profits or losses of a *member* or company which is a partnership or (B) a person having the power to direct or cause the direction of the management or policies of the *member* or the company also has the power to direct or cause the direction of the management or policies of the other entity in question.

The term *"arrangement"* means any plan, contract, authorization or understanding, whether or not set forth in a formal document.

The term "*associate*" means (a) any corporation or organization (other than the Company or any of its subsidiaries) of which you are an *officer*, director or partner or of which you are, directly or indirectly, the *beneficial owner* of 5% or more of any class of equity securities, (b) any trust or other estate in which you have a substantial beneficial interest or as to which you serve as trustee or in a similar capacity, (c) your spouse, (d) any relative of your spouse or any relative of yours who has the same home as you or who is a director or *officer* or key executive of the Company or any of its subsidiaries, or (e) any partner, syndicate member or person with whom you have agreed to act in concert with respect to the acquisition, holding, voting or disposition of shares of the Company's securities.

The term *"beneficial ownership"* means the right to the economic benefits of a security.

The term *"beneficial owner"* of a security includes:

(i) any *person* who, directly or indirectly, through any contract, *arrangement*, understanding, relationship or otherwise, has or shares:

(a) voting power, which includes the power to vote, or to direct the voting of, such security; and/or

(b) investment power, which includes the power to dispose, or to direct the disposition of, such security;

(ii) any *person* who, directly or indirectly, creates or uses a trust, proxy, power of attorney, pooling *arrangement* or any other contract, *arrangement* or device with the purpose or effect of divesting such *person* of *beneficial ownership*; and

(iii) a *person* who has the right to acquire *beneficial ownership* of such security, as defined in clause (i) above, within 60 days, including but not limited to any right to acquire (a) through the exercise of any option, warrant or right, (b) through the conversion of a security, (c) pursuant to the power to revoke a trust, discretionary account, or similar *arrangement*, (d) pursuant to the automatic termination of a trust, discretionary account or similar *arrangement*.

Securities *beneficially owned* by you include not only securities held by you for your own benefit, but also securities held by others for your benefit (regardless of whether or how they are registered) such as, for example, securities held for you by custodians, brokers, relatives, trustees, securities held for your account by pledgees, securities owned by a partnership in which you are a general or limited partner, and securities owned by any corporation which is or should be regarded as a personal holding corporation of yours.

The term "*control*" means:

(i) *beneficial ownership* of 10% or more of the outstanding common equity of an entity, including any right to receive such securities within 60 days of the member's *participation in the public offering*;

(ii) the right to 10% or more of the distributable profits or losses of an entity that is a partnership, including any right to receive an interest in such distributable profits or losses within 60 days of the member's *participation in the public offering*;

(iii) *beneficial ownership* of 10% or more of the outstanding subordinated debt of an entity, including any right to receive such subordinated debt within 60 days of the member's *participation in the public offering*;

(iv) *beneficial ownership* of 10% or more of the outstanding preferred equity of an entity, including any right to receive such preferred equity within 60 days of the member's *participation in the public offering*; or

(v) the power to direct or cause the direction of the management or policies of an entity.

The term *"common control"* means the same natural person or entity controls two or more entities.

*FINRA* defines "*immediate family*" as the parents, mother-in-law, father-in-law, spouse, brother or sister, brother-in-law or sister-in-law, son-in-law or daughter-in-law, and children of an employee or associated person of a member, except any person other than the spouse and children who does not live in the same household as, have a business relationship with, provide material support to,

or receive material support from, the employee or associated person of a member. In addition, the immediate family includes any other person who either lives in the same household as, provides material support to, or receives material support from, an employee or associated person of a *FINRA member*.

The term *"institutional investor"* means an individual or legal person (i) that has at least $50 million invested in securities in the aggregate in its portfolio or under management, including investments held by its wholly owned subsidiaries and (ii) with respect to which no *participating members* direct or otherwise manage the institutional investor's investments or have an equity interest in the institutional investor, either individually or in the aggregate, that exceeds 5% for a publicly owned entity or 1% for a nonpublic entity.

The term *"issuer"* means the issuer of the securities offered to the public, any selling security holders offering securities to the public, any *affiliate* of the issuer or selling security holder, and the officers or general partners, directors, employees and security holders thereof.

The term "*material*" refers to those matters as to which there is a substantial likelihood that a reasonable investor would consider the matter important in making an investment decision. There must be a substantial likelihood that a fact would have been viewed by a reasonable investor as having significantly altered the 'total mix' of information made available.

The term "*material relationship*" has not been defined by the Securities and Exchange Commission. However, the Commission has indicated that it will probably construe a "*material relationship*" as any relationship which tends to prevent arms-length bargaining in dealings with a company, whether arising from a close business connection or family relationship, a relationship of control or otherwise. It seems prudent, therefore, to consider that you would have such a relationship, for example, with any organization of which you are an *officer*, director, trustee or partner or in which you own, directly or indirectly, 10% or more of the outstanding voting stock, or in which you have some other substantial interest, and with any person or organization with whom you have, or with whom any relative or spouse (or any other person or organization as to which you have any of the foregoing other relationships) has, a contractual relationship.

*FINRA* defines an "*FINRA member*" as being any broker or dealer admitted to membership in the Financial Industry Regulatory Authority, Inc. ("*FINRA*").

The term "*officer*" means the president, the principal executive officer, the principal financial officer, the principal accounting officer, any vice president in charge of a principal business unit, division or function (such as sales, administration, or finance), and any person who performs similar policy-making functions for the entity in question.

The terms "*participating member*" means any *FINRA member* that is *"participating in a public offering*," any *associated person of the member*, any members of their *immediate family* and any *affiliate* of the *FINRA member*.

The terms "*participation*" or *"participating in a public offering*" means participation in the preparation of the offering or other documents, participation in the distribution of the offering on an underwritten, non-underwritten, or any other basis, furnishing of customer and/or broker lists for solicitation, or participation in any advisory or consulting capacity to the issuer related to the

offering.

*FINRA* defines a "*person*" as any natural person, partnership, corporation, association, or other legal entity.

*FINRA* defines a "*person associated with a member*" or "*associated person of a member*" means: (1) a natural person who is registered or has applied for registration under the Rules of the Corporation; (2) a sole proprietor, partner, officer, director, or branch manager of a member, or other natural person occupying a similar status or performing similar functions, or a natural person engaged in the investment banking or securities business who is directly or indirectly controlling or controlled by a member, whether or not any such person is registered or exempt from registration with *FINRA* pursuant to its Bylaws.

The term "*subsidiary*" means a corporation controlled by the Company, directly or indirectly, through one or more intermediaries.

*FINRA* defines an "*underwriter or a related person*" with respect to a proposed offering as being an underwriter, underwriter's counsel, financial consultants and advisors, finders, any *participating member*, and other persons related to any *participating member*.

The term "*underwriting compensation*" means any payment, right, interest, or benefit received or to be received by a *participating member* from any source for underwriting, allocation, distribution, advisory and other investment banking services in connection with a public offering. In addition, underwriting compensation shall include finder's fees, underwriter's counsel fees, and securities.

**Appendix B** — NOT APPLICABLE

## SUPPLEMENTAL FINRA QUESTIONNAIRE FOR VENTURE FUNDS, PRIVATE EQUITY FUNDS, MERCHANT BANKING FUNDS, LBO FUNDS AND OTHER POOLED INVESTMENT VEHICLES

This is a supplemental questionnaire to be completed by venture funds, private equity funds, LBO funds and other pooled investment vehicles (each, a "**Fund**"). Please complete this supplemental questionnaire and the other FINRA questionnaire which has been supplied to you (the "**Initial Questionnaire**").

*Definitions*. Certain terms used in this questionnaire are italicized, and the definitions of those terms are set forth in the Definition Section, which is attached as Appendix A. Please review those definitions before answering any of the following questions. As used herein the term "Fund" shall include the Fund and any entity that includes the Fund.

*Basis for Response; Amending Responses*. Unless otherwise noted, please answer every question. If the answer to any question is "No" or "Not Applicable," please so state. Please immediately advise Christopher Murillo of Harter Secrest & Emery LLP (by telephone at (585) 231-1396 or email at cmurillo@hselaw.com) if there is any change in the information set forth herein after you have completed this questionnaire but before the completion of the Company's proposed offering.

*Attachments*. Please feel free to attach extra pages as necessary. Please reference the question to which any such attachment relates.

* * *

1. What percentage of the Fund's assets, if any, is beneficially owned by investors who are *FINRA members, persons associated with a FINRA member, affiliates of a FINRA member* or *underwriters* or *related persons*?

   _____%

2. What percentage of all capital contributions to the Fund was made by investors who are *FINRA members, persons associated with a FINRA member, affiliates of a FINRA member* or *underwriters* or *related persons*?

   _____%

3. What percentage of the capital contributions managed by the Fund was contributed by persons that are not *underwriters and related persons*?

   _____%

4. Please provide the total amount of capital contributions and commitments managed by the *Fund*.

   Capital contributions: $_____ Million

   Capital commitments: $_____ Million

5. Please provide the total amount of capital contributions and commitments managed by the *Fund* that was contributed or committed by persons that are not *participating FINRA members*?

   Capital contributions: $_____ Million

   Capital commitments: $_____ Million

6. Is the *Fund* a separate and distinct legal entity from any *FINRA member*?

   Yes _____ No _____ Not Applicable _____

7. Is the *Fund* registered as a broker/dealer?

   Yes _____ No _____ Not Applicable _____

8. Does the *Fund* make investments or loans subject to the evaluation of individuals who have a contractual or fiduciary duty to select investments and loans based on the risks and rewards to the *Fund* and not based on opportunities for *FINRA members* to earn investment banking revenues?

   Yes _____ No _____ Not Applicable _____

9. Does the *Fund participate* directly in investment banking fees received by a *FINRA member* for underwriting public offerings?

   Yes _____ No _____ Not Applicable _____

10. Is the *Fund* engaged primarily in the business of making investments in or loans to other companies?

    Yes _____ No _____ Not Applicable _____

11. Is the *Fund* an *institutional investor*?

    Yes _____ No _____ Not Applicable _____

12. Did the *Fund* acquire any of the securities of the Company as a result of a right of preemption?

    Yes _____ No _____ Not Applicable _____

    If yes, please describe the date of acquisition and the number of securities acquired.

    ______________________________________________________________

13. Did the Fund acquire any of the securities of the Company as a result of a stock split or pro rata rights or similar offering?

    Yes _____ No _____ Not Applicable _____

    If yes, please describe the date of acquisition and the number of securities acquired.

**Appendix B Confirmation**

The undersigned confirms that the foregoing statements are true, correct and complete. The undersigned understands and agrees that the foregoing responses, as completed by the undersigned, and the undersigned's further communications regarding the matters contemplated herein, will be relied upon by Sagaliam Acquisition Corp., Maxim Group LLC, as the Underwriter, and Harter Secrest & Emery LLP in connection with filings with and representations made to the FINRA and, as required, with the Securities and Exchange Commission. The undersigned agrees to advise Harter Secrest & Emery LLP as promptly as practicable if there is any change in any of the information set forth herein.

Dated: _______________, 202_

_______________________________
(Print Name of Securityholder)

By: _______________________________
(Signature of Authorized Signatory)

_______________________________
(Print Name of Authorized Signatory)

_______________________________
(Print Title of Authorized Signatory)

Please provide an address, telephone and facsimile numbers and an email address where we may contact you with any follow-up questions.

Address: _______________________________

_______________________________

Attention: _______________________________

Telephone: _______________________________

Fax: _______________________________

Email: _______________________________

# SAGALIAM ACQUISITION CORP.
# DIRECTORS, OFFICERS AND PRINCIPAL STOCKHOLDERS QUESTIONNAIRE

## INSTRUCTIONS

All officers, directors, nominees for officers or directors, and affiliated 5% stockholders of Sagaliam Acquisition Corp. (the "**Company**"), are required to complete this request for information (this "**Questionnaire**") in connection with the preparation of the Company's registration statement on Form S-1 ("**Registration Statement**") with the Securities and Exchange Commission ("**SEC**").

Please provide all the information requested, and if any item is inapplicable, please so state. Information should be provided as of the date of your response, unless the question seeks a response as of a specified date. Please complete and sign one copy of this Questionnaire and return it to Ellenoff Grossman & Schole LLP, 1345 Avenue of the Americas, 11th Floor, New York, New York 10105, Attn: Barbara Warren. If you have any questions regarding how to respond to any portion of this Questionnaire, please contact Barbara Warren of Ellenoff Grossman & Schole LLP at bwarren@egsllp.com.

**PLEASE COMPLETE EACH QUESTION TO THE FULLEST EXTENT POSSIBLE. IF NECESSARY, CONTINUE YOUR ANSWER ON A SEPARATE SHEET AND ATTACH IT TO THIS QUESTIONNAIRE. IF AN ANSWER TO ANY QUESTION IS "NO," "NONE," OR "NOT APPLICABLE," PLEASE INDICATE ACCORDINGLY.**

## DEFINITIONS

Before you complete this Questionnaire, please give consideration to the following definitions of various capitalized terms used in this Questionnaire:

1. **Company**. This term shall mean Sagaliam Acquisition Corp. and shall include all of its consolidated subsidiaries (unless the context otherwise indicates).

2. **Affiliate**. An Affiliate of a person is one that, directly or indirectly through one or more intermediaries, controls or is controlled by, or is under common control with, the person specified.

3. **Associate**. This term is defined to mean, when used to indicate a relationship with any person:

(a) any corporation or organization (other than the Company or a majority-owned subsidiary of the Company) of which you are an officer or partner or of which you are, directly or indirectly, the beneficial owner of 10% or more of any class of equity securities;

(b) any trust or other estate in which you have a substantial beneficial interest or as to which you serve as trustee or in a similar capacity; and

(c) any relative or spouse of yours or any relative of your spouse who has the same home as you or who is a director or officer of the Company or any of its Affiliates.

4. **Beneficial Ownership**. A "beneficial owner" of a security includes any person who, directly or indirectly, through any contract, arrangement, understanding, relationship, or otherwise, has or shares (1) voting power, which includes the power to vote, or to direct the voting of, such security; or (2) investment power, which includes the power to dispose, or to direct the disposition, of such security. In addition, a person is deemed to be the beneficial owner of a security if such person, directly or indirectly, creates or uses a trust, proxy, power of attorney, pooling arrangement or any other contract, arrangement or device with the purpose or effect of divesting such person of beneficial ownership of a security or preventing the vesting of such beneficial ownership.

The term "beneficial ownership" may include shares held by you for the benefit of someone else. Thus, for example, shares held by you as trustee of a trust (whether or not you have any vested beneficial interest therein), executor, administrator, custodian, pledgee, or agent or in any similar capacity, may be considered as beneficially owned by you if you have or share voting power or investment power over such shares. Where by virtue of a special relationship, whether of a family or business nature, you have substantial influence over the decisions of another person in exercising investment power or voting power with respect to his securities, any securities owned by that person also should be considered beneficially owned by you. Thus, for example, securities owned by any person related to you by blood, marriage or adoption who shares your home should be considered beneficially owned by you. If you and such other person both exercise the investment power and/or voting power with respect to such securities, you would be considered to share beneficial ownership with such other person as to such securities.

You are also deemed the "beneficial owner" of shares which you have the right to acquire within sixty (60) days, including, without limitation, any right to acquire such shares: (i) through the exercise of any option, warrant or right; (ii) through the conversion of a security; (iii) pursuant to the power to revoke a trust, discretionary account or similar arrangement; or (iv) pursuant to the automatic termination of a trust, discretionary account or similar arrangement.

5. **Control**. The term "control" means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of a "person," whether through the ownership of voting shares, by contract, or otherwise.

6. **Executive Officers.** This term, when used with reference to the Company, is defined to mean its president, any vice-president or any other person who performs a similar policy making functions for the Company or any other individual whose compensation for the past fiscal year would place that individual among the top three compensated persons at the Company, regardless of whether the person is currently affiliated with the Company.

7. **Family Member.** The term "Family Member" means your spouse, parents, children and siblings, whether by blood, marriage or adoption, or anyone residing in your residence, except where the context of the question indicates a family member of another individual, in which case Family Member shall mean the spouse, parents, children and siblings, whether by blood, marriage or adoption, or anyone residing in the residence of such other person.

8. **Group.** When two or more persons agree to act together for the purpose of acquiring, holding, voting or disposing of equity securities of a Company, the group formed thereby shall be deemed to have acquired beneficial ownership, as defined under Section 13 of the Securities Exchange Act of 1934.

9. **Material**. The term "material", when used to qualify a requirement for the furnishing of information as to any subject, limits the information required to those matters to which there is a substantial likelihood that a reasonable investor would attach importance in determining whether to

purchase the security registered pursuant to Section 12 of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**"), or Section 15 of such Exchange Act. If you have any doubts as to whether any information is material or not, we suggest that you report it in this Questionnaire.

10. **Person.** The term "person", when used in this Questionnaire, should be understood to include an individual, a corporation, a limited liability company, a partnership, a limited liability partnership, an association, a joint-stock company, a trust, an unincorporated organization or a government or a political subdivision thereof.

11. **Promoter**. The term "Promoter" means a person who, acting alone or in conjunction with one or more other persons, directly or indirectly takes initiative in founding and organizing the business of the Company; or any person who, in connection with the founding and organizing of the business of the Company, directly or indirectly receives in consideration of services or property, or both services and property, 10% or more of any class of securities of the Company or 10% or more of the proceeds from the sale of any class of such securities. However, a person who receives such securities or proceeds either solely as underwriting commissions or solely in consideration of property shall not be deemed a promoter if such person does not otherwise take part in founding and organizing the Company.

12. **Related Persons**. The term "Related Persons" means (i) each executive officer and director of a company and person performing similar functions (title alone is not determinative) for a company, such as the general and managing partners of partnerships and managing members of limited liability companies; and (ii) each person who has functioned directly or indirectly as a Promoter of a company within the past five years.

13. **Shares**. Shares of common stock of the Company.

14. **Transaction**. Includes, but is not limited to, the receipt of any compensation, loans or other things of value, directly or indirectly, from the Company.

## QUESTIONS

**(1)** **Personal Information:**

(a) Full Name: ALAN HERBERT GINSBURG

(b) Date of Birth: 07/05/1938

(c) Social Security Number (if applicable): [redacted]

(d) Country of citizenship: USA

(e) Complete Business Address 700 W. MORSE BLVD
WINTER PARK, FLA 32789

(f) Present Home Address: 300 S. INTERLACHEN AVE.
UNIT 102 WINTER PARK, FLA
32789

(g) Home Telephone Number: 407-310-5009

(h) Educational Background:

| Name of College or University | Major | Degree Received | Year Degree Received |
|---|---|---|---|
| MICHIGAN STATE UNIV | COMMUNICATIONS | NON-GRADUATE | |
| | | 5 YEARS | |
| | | 1956-1961 | |
| | | | |

**(2)** **Principal Occupation.**

(a) **Biography.** Please provide your personal biography in Exhibit A. Your biography should include a brief description of the nature of your responsibilities at any non-Company employment and prior positions covering the past five years in addition to the names of the organizations where you worked, the titles you held at each organization and the dates of such occupation (month and year). If you are currently, have been at any time during the last ten years, or will be a director of any other private or public company or investment companies registered under the Investment Company Act of 1940, please provide the name of such company, the time period during which you held such position, any membership on any board committee (such as an audit, compensation or nomination and corporate governance committee) and indicate whether such company was public or private. Include any companies of which you are or were an "advisory director," "shadow director" or a "de facto director." If you are currently, have been at any time during the Company's last fiscal year, or will be an executive officer of any entity (other than for the

Company), including companies, public or private, organized within or outside the United States, then state the name of such company, the location of its principal office and the date on which you commenced or will commence serving as an executive officer.

(b) Are any of the companies you listed in response to Questions 2(a) above competitive with the business of the Company?

Yes ______ No X

If YES, please explain.

________________________________________

________________________________________

________________________________________

(c) Were you selected to serve in your capacity with the Company pursuant to any arrangement, understanding or agreement between yourself and any other person?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please name such person(s) and describe the arrangement.

________________________________________

________________________________________

________________________________________

________________________________________

(d) Are you a party to any employment, change of control, severance or termination contract or any other compensatory contract or arrangement with the Company?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please describe the agreement by date, title or other appropriate reference.

________________________________________

________________________________________

________________________________________

(e) Are you a party to any employment, severance or termination contract or any other contract or arrangement that would affect your ability to serve as a director, officer or shareholder of the Company?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please describe the agreement by date, title or other appropriate reference.

________________________________________

________________________________________

________________________________________

(f) Are you, or do you expect to be a Promoter or Affiliate of the Company?

Yes ______ No X

If the answer to the above Question 2(f) is "Yes," please state (i) the nature and amount of anything of value (including money, property, contracts, options or rights of any kind) received or to be received by you, directly or indirectly, from the Company; (ii) the nature and amount of any assets, services or other consideration received or to be received by the Company in exchange for any items of value reported in (i) above; and (iii) as to any assets acquired or to be acquired by the Company from you, state (a) the amount at which such assets were or are to be acquired, (b) the principle followed or to be followed in determining such amount, (c) the name (and relationship with the Company or you) of the persons making such a determination and (d) if the assets were acquired by you within two years prior to their transfer to the Company, the cost of such assets to you; and describe on a separate sheet any of the events enumerated under the section titled "Legal Proceedings" below, with respect to you as a Promoter or Affiliate of the Company that occurred during the past five years and attach it to this Questionnaire. If you are a Promoter, please also complete the following table:

| | |
|---|---|
| (i) The nature and value of anything received by you directly or indirectly from the Company (including money, property, contracts, options or rights) | |
| (ii) The nature and value of any assets, services or other consideration received or to be received by the Company from you in exchange for the items noted in (i) above | |
| (iii) Amount at which the assets described in (ii) above were acquired by the Company | |
| (iv) Principle(s) followed in determining the acquisition amount of assets described in (ii) | |
| (v) Persons involved in determining the acquisition amount of assets described in (ii) | |
| (vi) Relationship to you or the Company of persons involved in determining acquisition amount of assets described in (ii) | |
| (vii) Cost of assets described in (ii) to you (if acquired by you within two years of their transfer to the Company) | |

**(3)** **<u>Directorships and Executive Positions</u> (Only directors and executive officers need respond to this Question 3): NOT APPLICABLE**

(a) State the nature of any "family relationship" between you and any director, "executive officer" or person nominated or chosen to become a director or executive officer of the Company or any Affiliates.

______________________________

______________________________

______________________________

(b) Were you, or any of your Associates or Affiliates or any Family Member, indebted to the

Company or any of its pension, retirement savings or similar plans at any time since the beginning of the Company's last fiscal year?

**Answer:** ☐ **Yes** ☐ **No**

If YES, please state:

(i) the largest aggregate amount of indebtedness outstanding at any time since the beginning of the Company's last fiscal year: $__________.

(ii) the amount of indebtedness outstanding at the date of your answer to this Questionnaire: $__________

(iii) the rate of interest paid to or charged by the Company (if more than one transaction, state amounts and rates separately): _____%

(iv) the nature of indebtedness and transaction in which it was incurred:

________________________________________

(c) Were the terms of any debt that you, your Associates or your Affiliates or any Family Member owe the Company modified or was such debt renewed at any time in the last fiscal year? If so, describe the circumstances.

________________________________________

(d) Has the Company or any of its Affiliates extended or maintained credit or arranged for the extension or renewal of credit in the form of a personal loan for your benefit?

**Answer:** ☐ **Yes** ☐ **No**

If YES, please describe circumstances and details below:

________________________________________

(e) Is any indebtedness described in this Question 3 arose under short swing profit liability (Section 16(b) of the Exchange Act)?

**Answer:** ☐ **Yes** ☐ **No**

If YES, please describe circumstances and details below:

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

**(4) <u>Independence (Based on NASDAQ and/or NYSE criteria)</u>. Please answer Question 4 if you are or will become a director. NOT APPLICABLE**

(a) Have you during the past three years been an executive officer of the Company or any Affiliate of the Company or employed by the Company or any Affiliate of the Company (other than employment as an interim executive officer which did not last more than one year)?

**Answer:** ☐ **Yes** ☐ **No**

(b) Have you or a Family Member accepted any compensation from the Company or any Affiliate of the Company (including fees paid directly or indirectly for services as a consultant or advisor) in excess of $120,000 during any period of twelve consecutive months within the three years preceding the date hereof (other than compensation for board or board committee service; compensation paid to a Family Member who is an employee (other than an executive officer) of the Company or any Affiliate of the Company?

**Answer:** ☐ **Yes** ☐ **No**

(c) Do you have a Family Member who is, or at any time during the past three years was, employed by the Company or any Affiliate of the Company as an executive officer?

**Answer:** ☐ **Yes** ☐ **No**

(d) Are you, or do you have a Family Member who is, a partner in, or a controlling stockholder or executive officer of, any organization to which the Company or any Affiliate of the Company made, or from which the Company or any Affiliate of the Company received, payments for property or services in the current or any of the past three fiscal years that exceed 5% of the recipient's consolidated gross revenues for that year or $200,000, whichever is greater (including an investment bank, accounting, legal, consulting or advisory firm, but excluding payments arising solely from investments in the Company's securities, or payments under non-discretionary charitable contribution matching programs)?

**Answer:** ☐ **Yes** ☐ **No**

If YES, please provide details, including names of entities, your relationship to them and fees paid, payable, owing or proposed to be paid.

_______________________________________________

_______________________________________________

_______________________________________________

(e) Are you, or do you have a Family Member who is, employed as an executive officer of another entity where at any time during the past three years any of the executive officers of the Company serve on the compensation committee of such other entity?

**Answer:** ☐ **Yes** ☐ **No**

(f) Are you, or do you have a Family Member who is, a current partner of the Company's outside auditor or were you, or do you have a Family Member who was, a partner or employee of the Company's outside auditor who worked on the Company's audit at any time?

**Answer:** ☐ **Yes** ☐ **No**

If yes, please identify your position with Company's independent registered accounting firm, or the position of your immediate Family Member, if applicable:

____________________________________________________________________
____________________________________________________________________
____________________________________________________________________
____________________________________________________________________
____________________________________________________________________
____________________________________________________________________

**(5) Audit Committee and Compensation Committee Matters (Based on NASDAQ and/or NYSE criteria): NOT APPLICABLE**

(a) Are you a member of or nominee for election to the Company's Audit Committee?

**Answer:** ☐ **Yes** ☐ **No**

**If NO, please proceed to Question 5(f).**

(b) Have you accepted, directly or indirectly, any consulting, advisory or other compensatory fee from the Company or any of its Affiliates (other than in your capacity as a member of the Audit Committee, the Board of Directors or any other Board Committee of the Company), except fixed amounts of compensation under a retirement plan (including deferred compensation) for prior service with an Affiliate of the Company?

**Answer:** ☐ **Yes** ☐ **No**

(c) Do you have an understanding of the functions of the Audit Committee?

**Answer:** ☐ **Yes** ☐ **No**

(d) Have you participated in the preparation of the financial statements of the Company?

**Answer:** ☐ **Yes** ☐ **No**

(e) Financial Literacy

i. Are you able to read and understand fundamental financial statements, including a company's balance sheet, income statement, and cash flow statement.

**Answer:** ☐ **Yes** ☐ **No**

(ii) Have you taken formal courses relating to financial or accounting matters?

**Answer:** ☐ **Yes** ☐ **No**

(iii) Have you received any degree(s) or professional certification relating to financial or accounting matters?

**Answer:** ☐ **Yes** ☐ **No**

(iv) Have you taught any courses or published any books or articles relating to financial or accounting matters?

**Answer:** ☐ **Yes** ☐ **No**

(v) List chronologically and summarize the duties of positions you have held that involved accounting, financial management, or the analysis and interpretation of financial statements or the evaluation of internal accounting controls.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(vi) Have you invested in enterprises that required you to analyze or interpret financial statements?

**Answer:** ☐ **Yes** ☐ **No**

If YES, summarize the extent of such activity.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(vii) Do you regularly read publications relating to financial or accounting matters?

**Answer:** ☐ **Yes** ☐ **No**

If YES, indicate the content and length of time that you currently spend -- and over the last five years spent -- on such activity.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

(viii) Do you engage, or have you engaged, in any other activities that relate to financial or accounting matters?

**Answer:** ☐ **Yes** ☐ **No**

If YES, please provide details.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

(ix) Describe any experience that you may have (i) as a public accountant, auditor, principal financial or accounting officer or controller, or in any position including similar functions or otherwise relating to the preparation of financial statements and (ii) with internal accounting controls and in financial reporting procedures. If so, please provide details below.

**In particular, describe whether you:**

(A) have any accounting or financial education, including whether you have earned an advanced degree in finance or accounting;

(B) are a certified public accountant, or the equivalent, in good standing, and the length of time that you actively have practiced as a certified public accountant, or the equivalent;

(C) are certified or otherwise identified as having accounting or financial experience by a recognized private body that establishes and administers standards in respect of such expertise;

(D) are in good standing with the recognized private body, and the length of time that you have been actively certified or identified as having this expertise;

(E) have served as a chief executive officer, principal financial officer, controller, principal accounting officer or a senior officer (with financial oversight responsibilities) of a company that, at the time you held such position, was required to file reports with the SEC;

(F) have any other relevant qualifications or experience that would assist you in understanding and evaluating a company's financial statements and other financial information and in making knowledgeable and thorough inquiries.

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

(x) Do you have education and experience as a principal financial officer, principal accounting officer, controller, public accountant or auditor or experience in one or more positions that involve the performance of similar functions?

**Answer:** ☐ **Yes** ☐ **No**

(xi) Do you have experience actively supervising a principal financial officer, principal accounting officer, controller, public accountant, auditor or person performing similar functions?

**Answer:** ☐ **Yes** ☐ **No**

(xii) Do you have experience overseeing or assessing the performance of companies or public accountants with respect to the preparation, auditing or evaluation of financial statements?

**Answer:** ☐ **Yes** ☐ **No**

(xiii) Do you have other relevant experience relating to audit committee matters?

**Answer:** ☐ **Yes** ☐ **No**

If YES, please provide details.

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

(xiv) Which of the following attributes do you possess?

(A) An understanding of generally accepted accounting principles and financial statements, including balance sheets, income statements, and cash flow statements:

**Answer:** ☐ **Yes** ☐ **No**

(B) The ability to assess the general application of such principles in connection with the accounting for estimates, accruals and reserves:

**Answer:** ☐ **Yes** ☐ **No**

(C) Experience preparing, auditing, analyzing or evaluating financial statements that present a breadth and level of complexity of accounting issues that are generally comparable to the breadth and complexity of issues that can reasonably be expected to be raised by the Company's financial statements, or experience actively supervising one or more persons engaged in such activities:

**Answer:** ☐ **Yes** ☐ **No**

(D) An understanding of internal controls over financial reporting:

**Answer:** ☐ **Yes** ☐ **No**

(E) An understanding of audit committee functions:

**Answer:** ☐ **Yes** ☐ **No**

(xv) Identify any other public company on which you serve as a member of the board's audit committee, including describing how long you have served in that capacity. Indicate whether you intend to discontinue serving on any of these audit committees in the near future, and whether you intend to join any new audit committee in the near future.

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

**(f) Compensation Committee Matters**:

(i) Are you a member of or nominee for election to the Company's Compensation Committee or other board committee performing equivalent functions or (ii) participated in deliberations of the Company's Board of Directors concerning executive officer compensation during the last completed fiscal year?

**Answer:** ☐ **Yes** ☐ **No**

(ii) Are you aware of any arrangements with compensation consultants? If so, please state below the name, role and compensation paid to such compensation consultant.

**Answer:** ☐ **Yes** ☐ **No**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

(iii) With respect to any compensation consultant identified, please disclose if you were aware of any conflict of interests between the Company and such compensation consultant. If so, please disclose the nature of the conflict and how the conflict is being addressed.

**Answer:** ☐ **Yes** ☐ **No**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

(iv) Do you currently have, or have you had in the past three years, any business or personal relationship with the individual compensation consultant or the entity employing the compensation consultant? For purposes of this question, "business and personal relationships" include, among other things, familial relationships, employment, business partnerships and other commercial relationships. If the answer is "Yes", please describe your relationship.

**Answer:** ☐ **Yes** ☐ **No**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

(v) Have you served as a member of the compensation committee (or other board committee performing equivalent functions or, in the absence of any such committee, the entire Board of Directors) of another entity, one of whose executive officers served on the compensation committee (or other board committee performing equivalent functions or, in the absence of any such committee, the entire Board of Directors) or as a director of the Company?

**Answer:** ☐ **Yes** ☐ **No**

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________

(vi) Have you served as a director of another entity, one of whose executive officers served on the compensation committee (or other board committee performing equivalent functions or, in the absence of any such committee, the entire Board of Directors) of the Company

**Answer:** ☐ **Yes** ☐ **No**

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________

**(6) Ownership of Company Stock.**

(a) Please include as Exhibit B, a list of all shares, options and warrants that are *beneficially* owned by you or your associates as of the date of this Questionnaire, including shares (i) registered in your name; (ii) registered in your name as trustee, executor, custodian, pledgee, agent or nominee, either alone or with others; (iii) owned by any *associate* of yours or (iv) registered in the name of a nominee or in street name, including any such shares held for the account of any of the above. If your voting or investment control over any shares is shared, Exhibit B should so indicate and provide a brief description of any arrangement concerning such shared control, including the names of all persons or entities with voting or dispositive power over such shares.

(b) Do you have a right to acquire (other than through exercise of warrants or options) beneficial ownership of common stock of the Company other than as described on Exhibit B?

No X.

Yes _______. Description of type of right (e.g., power to revoke a trust, discretionary account or similar arrangement, etc.) and exercisability, including with respect to each of the rights described below the date or dates on which the right becomes or became exercisable, and the number of shares for which the right is exercisable on each such date:

| Type of Right | Date Exercisable | Number of Shares for which Right is Exercisable |
|---|---|---|
| | | |

| | | |
|---|---|---|
| | | |
| | | |

If you are a member of any Group for the purpose of acquiring, holding or disposing of stock of the Company, please provide the following information with regard to the beneficial ownership, direct or indirect, of common or preferred stock of the Company by such group and any of its members: class and series of shares; number of shares held of record and beneficially by the Group; the nature of voting or investment control over any such shares, including the names of all persons with voting or dispositive power over such shares, and a brief description of any arrangement concerning shared control.

Are any of the securities listed on Exhibit B known by you to be subject to any pledge, lien, encumbrance, voting trust agreement or option arrangement (e.g., a put or call)? Include shares pledged as part of a margin account, or any hedging arrangement that includes a pledge.

No X.

Yes _______. If yes, give details on Exhibit B, including, if a voting trust agreement, the title of the securities, the amount held, the duration of the agreement, the names and addresses of the voting trustees and brief outlines of their voting rights.

**(7) Disclaimer of Beneficial Ownership:**

Please state the number of shares (if any) in which you have an ownership interest, with respect to which you disclaim beneficial ownership and why. For the avoidance of doubt, respondents must list all securities beneficially owned by such respondent and such respondent's Related Persons, even if the respondent disclaims beneficial ownership in this Question 7. In addition, please indicate the name of the person or persons who should be shown as the beneficial owner(s) of the shares in question:

NONE

______________________________

______________________________

______________________________

**(8) Arrangements Regarding Securities:**

(a) Are you or any of your Associates parties to any contractual arrangements, including the pledge of securities of the Company, the operation of the terms of which may at a subsequent date result in any other persons becoming the owner of 5% or more of the Company's securities?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please describe such arrangements.

______________________________

______________________________

______________________________

________________________________________________

(b) If you know of any arrangements whereby more than 5% of any class of the Company's voting securities is held or is to be held subject to any voting trust or similar agreements, please provide:

(i) the title of such securities:______________________________

(ii) amount held under the voting trust or agreement:________________

(iii) duration of the agreement:______________________________

(iv) names and addresses of voting trustees:______________________

______________________________________________________

(v) brief description of voting rights and other powers of voting trustees under the trust or agreement: ______________________________________

______________________________________________________

______________________________________________________

(c) Do you consider yourself to be a control person of the Company (other than solely as a director of the Company)?

**Answer:** ☐ **Yes** ☒ **No**

If YES, describe the basis for your conclusion.

____________________________________________________________

__________________________________________________

______________________________________________________

______________________________________________________

(d) Describe any arrangements known to you, including any pledge by <u>any</u> person of securities of the Company, the operation of which may at a subsequent date result in a change in control of the Company.

______________________________________________________

______________________________________________________

______________________________________________________

**(9) <u>Contracts</u>:**

(a) Are you, or is any Associate or Affiliate of yours, a party to any contract with the Company or any Affiliate of the Company?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please provide a summary thereof and attach written copy of the contract if not previously provided.

______________________________
______________________________
______________________________
______________________________
______________________________
______________________________
______________________________

**(10) Certain Transactions:**

(a) Have you or has any Family Member had any direct or indirect interest in any transaction or series of similar transaction or in any currently proposed transaction or series of similar transactions, involving more than $120,000 (without regard to the amount of the profit or loss involved in the transactions) to which the Company and/or any of its subsidiaries was or is to be a party? **Please see Special Instructions below for Question 10.**

**Answer:** ☐ **Yes** ☒ **No**

(b) Has the Company acquired, or will the Company acquire, any assets from you or any member of your Family Member?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please state below (i) the amount at which the assets were or are to be acquired; and (ii) the costs of such assets to you or a member of your Family Member (see definitions) if such assets were acquired by you or a member of your Family Member within two (2) years prior to their transfer to the Company.

______________________________
______________________________
______________________________
______________________________
______________________________
______________________________

(c) Has the Company's auditors or any of its affiliates ever provided any "tax services" to you, your spouse or spousal equivalent, or your dependents?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please indicate below who received the tax services, and when:

______________________________

______________________________________________

______________________________________________

______________________________________________

**(11) Indemnification:**

Do you know, to the best of your knowledge, whether any controlling person, director or officer of the Company is insured or indemnified in any manner against any liability which he/she may incur in his/her capacity as such, other than pursuant to a statutory provision, charter provision, by-law, or provision of any agreement to which the Company is a party?

**Answer:** ☐ **Yes** ☒ **No**

If YES, please provide details below.

______________________________________________

______________________________________________

______________________________________________

**(12) Foreign Corrupt Practices Act:**

Are you involved or potentially involved in, or do you have any knowledge of, any of the following matters: (a) any political contributions by the Company or from its assets, whether legal or illegal; (b) the disbursement or receipt of Company funds outside the normal system of accountability; (c) payments, whether direct or indirect, to or from foreign or domestic governments, officials, employees or agents for purposes other than the satisfaction of lawful obligations, or any transaction which has as its intended effect the transfer of Company assets for the purposes of effecting such a payment; (d) the improper or inaccurate recording of payments and receipts on the books of the Company or any of its subsidiaries; or (e) any other matters of a similar nature involving disbursements of Company assets.

**Answer:** ☐ **Yes** ☒ **No**

If YES, please provide details below.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**(13) Iran-Related Activities**

Under the Exchange Act, an SEC reporting company must include in its annual or quarterly reports disclosure (if any) regarding certain activities under the Iran Threat Reduction and Syria Human Rights Act of 2012 ("**ITRSHRA**"). This Question 13 is based on this requirement.

During the last fiscal year;

(a) Have you or any of your affiliates knowingly engaged in any activities or transactions relating or contributing to Iran's petroleum or petroleum products industries or Iran's ability to acquire or develop weapons of mass destruction, conventional weapons or other military capabilities?

**Answer:** ☐ **Yes** ☒ **No**

(b) Have you or any of your affiliates knowingly engaged in: any activities or transactions that finance or facilitate the Iranian government's acquisition or development of weapons of mass destruction or that may support or facilitate terrorism; any transactions with an Iranian financial institution to finance or otherwise support Iran's ability to acquire or develop weapons of destruction or international terrorism; or any activities or transactions with or that finance or otherwise benefit Iran's Islamic Revolutionary Guard Corps?

**Answer:** ☐ **Yes** ☒ **No**

(c) Have you or any of your affiliates knowingly engaged in: any transfers of products or technology or provision of services to Iran that are likely to be used by the Iranian government for human rights abuses against the Iranian people; or any transfers of technology that could be used by the Iranian government to restrict the free flow of unbiased information in Iran or disrupt, monitor or otherwise restrict speech of the Iranian people?

**Answer:** ☐ **Yes** ☒ **No**

(d) Have you or any of your affiliates knowingly engaged in or conducted any transactions with the Iranian government or any political subdivision or agency or any entity owned or controlled by the Iranian government without specific authorization from a US federal department or agency or with any persons or entities whose assets are frozen pursuant to executive orders for their involvement with weapons of mass destruction or terrorism?

**Answer:** ☐ **Yes** ☒ **No**

If YES to any of the foregoing, please provide details below.

________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

**(14) <u>Legal Proceedings</u>:**

Please answer the following questions concerning events during the past ten years (or such other time frame as indicated on a question by question basis). For purposes of computing such ten year period, the date of a reportable event shall be deemed the date on which the final order, judgment or decree was entered, or the date on which any rights of appeal from preliminary orders, judgments or decrees lapsed. With respect to bankruptcy petitions, the computation date

shall be the date of filing for uncontested petitions or the date upon which approval of a contested petition became final. **If "Yes" is answered for any item, please provide description below or in a separate writing as needed.**

(a) Has there been any bankruptcy petition (under Federal, State or foreign bankruptcy or insolvency laws) filed by or against you, or was a receiver, fiscal agent or similar officer appointed by a court for the business or property of: (1) yourself, (2) any partnership or limited liability company in which you were a partner or member, or (3) any corporation or business association of which you were a director or executive officer within ten years prior thereto?

**Answer:** ☐ **Yes** ☒ **No**

(b) Has there been any civil litigation in which you have been named as a defendant or counter-claimant in the past ten years?

**Answer:** ☐ **Yes** ☒ **No**

(c) Have you been arrested for, convicted of or plead nolo contendere in a criminal matter or proceeding or are you the subject of a pending criminal proceeding (excluding traffic violations and other minor traffic offenses)?

**Answer:** ☐ **Yes** ☒ **No**

(d) Have you been the subject of any order, judgment or decree, not subsequently reversed, suspended or vacated, of any court of competent jurisdiction, permanently or temporarily enjoining, barring, suspending or otherwise limiting your involvement in any type of business, securities or banking activities?

**Answer:** ☐ **Yes** ☒ **No**

(e) Have you been found by a court of competent jurisdiction in a civil action, by the SEC or the Commodity Futures Trading Commission to have violated a federal or state securities or commodities laws, or engaged in fraudulent conduct or violated any fiduciary duties (such as that of an officer, director, trustee or partner of a corporation, trust or partnership), where such judgment has not been reversed, suspended or vacated?

**Answer:** ☐ **Yes** ☒ **No**

(f) Have you been involved in any judicial or administrative proceedings resulting from involvement in mail or wire fraud or fraud in connection with any business entity?

**Answer:** ☐ **Yes** ☒ **No**

(g) At any time in the past, have you been (i) cited, arrested, taken into custody, charged with, indicted, convicted or tried for, or pleaded guilty to the commission of any felony, misdemeanor or violation of any law or (ii) charged with, or named as a defendant or party in any civil, governmental, regulatory or professional association proceeding or action alleging fraudulent conduct, breach of any fiduciary obligation, any act involving moral turpitude or any offense involving dishonesty, breach of trust, fraud, deception, misfeasance, money laundering or other misconduct or impropriety, or agreed to enter

into a pretrial diversion or similar program in connection with a prosecution of such offense?

**Answer:** ☐ **Yes** ☒ **No**

(h) Have you been involved in any judicial or administrative proceedings based on violations of federal or state securities, commodities, banking or insurance laws and regulations, or any settlement to such actions (other than settlements of civil proceedings among private parties)?

**Answer:** ☐ **Yes** ☒ **No**

(i) Have you been involved in any disciplinary sanctions or orders imposed by a stock, commodities or derivatives exchange or other self-regulatory organization?

**Answer:** ☐ **Yes** ☒ **No**

The following two questions are based on NASDAQ criteria:

(j) Are you presently or have you ever been involved in any inquiries, investigations, lawsuits, litigation, arbitration, hearings, or any other legal or administrative proceedings that are or were initiated or conducted by any regulatory, civil or criminal agency (including but not limited to the SEC, FINRA, PCAOB, state securities, banking and insurance regulators, Commodities Futures Trading Commission, Department of Justice, state bar associations, state boards of accountancy, or any foreign regulatory, civil or criminal authority)?

**Answer:** ☐ **Yes** ☒ **No**

(k) Are you presently or have you ever been involved in any inquiries, investigations, lawsuits, litigation, arbitration, hearings, or any other legal or administrative proceedings in which claims are or were asserted otherwise alleging fraud, deceit or misrepresentation and seeking damages in excess of $100,000?

**Answer:** ☐ **Yes** ☒ **No**

If your answer to any of the above questions is "yes", please explain your answer and identify the proceedings, describe such event, the agency taking such action, provide copies of any entered orders, judgments or decrees and explain any mitigating circumstances.

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

(l) At any time in the past, have you otherwise been a party to any civil or criminal proceeding or investigation by any civil, governmental, regulatory or professional

association or entity not covered by the answers above?

**Answer:** ☐ **Yes** ☒ **No**

(m) At any time in the past, have you been disqualified from acting as a director of a company (or from being involved in the management or conduct of the affairs of any company), or agreed at the request of any other person or body that you will not be a director of a company or in any way be concerned or take part in the promotion, formation or management of a company?

**Answer:** ☐ **Yes** ☒ **No**

If your answer to any of the above questions in Question 14 is "yes", please explain your answer and identify the proceedings, describe such event, the agency taking such action, provide copies of any entered orders, judgments or decrees and explain any mitigating circumstances.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________

**(15) <u>Legal Proceedings Adverse to the Company</u>:**

Were you, or are you now, a party adverse to the Company, its parent or any of its subsidiaries, or did you or do you have a material interest adverse to the Company, its parent or any of its subsidiaries, in any legal proceeding.

**Answer:** ☐ **Yes** ☒ **No**

If YES, please explain, identifying the proceedings.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**(16) <u>Disqualifying Events</u>**

Under SEC rules promulgated under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, the Company can be prohibited from conducting certain types of securities offerings if any of its directors and officers (among other persons covered by the rules) were involved in certain types of "disqualifying events." To help the Company avoid the repercussions of losing the ability to undertake certain transactions, please answer the following:

(a) Have you been convicted within the past ten years of any felony or misdemeanor in

connection with (A) the purchase or sale of any security; (B) involving the making of any false filing with the SEC; or (C) arising out of the conduct of the business of an underwriter, broker, dealer, municipal securities dealer, investment adviser or paid solicitor of purchasers of securities?

**Answer:** ☐ **Yes** ☒ **No**

(b) Are you subject to any order, judgment or decree of any court, entered within the past five years, that restrains or enjoins you from engaging or continuing to engage in any conduct or practice (A) in connection with the purchase or sale of any security; (B) involving the making of any false filing with the SEC; or (C) arising out of the conduct of the business of an underwriter, broker, dealer, municipal securities dealer, investment adviser or paid solicitor of purchasers of securities?

**Answer:** ☐ **Yes** ☒ **No**

(c) Are you subject to any final order of any state securities commission or agency, state authority that supervises or examines banks, savings associations or credit unions, state insurance commission or agency, federal banking agency, the Commodity Futures Trading Commission, or the National Credit Union Administration that bars you from (A) association with an entity regulated by such commission, authority, agency or officer; (B) engaging in the business of securities, insurance or banking; or (C) engaging in savings association or credit union activities?

**Answer:** ☐ **Yes** ☒ **No**

(d) Are you subject to any final order, entered within the past ten years, of any state securities commission or agency, state authority that supervises or examines banks, savings associations or credit unions, state insurance commission or agency, federal banking agency, the Commodity Futures Trading Commission, or the National Credit Union Administration that is based on a violation of any law or regulation prohibiting fraudulent, manipulative or deceptive conduct?

**Answer:** ☐ **Yes** ☒ **No**

(e) Are you subject to any SEC disciplinary order that (A) suspends or revokes your registration as a broker, dealer, municipal securities dealer or investment adviser; (B) limits your activities, functions or operations as a broker, dealer, municipal securities dealer or investment adviser; (C) bars you from being associated with any entity; or (D) bars you from participating in any penny stock offering?

**Answer:** ☐ **Yes** ☒ **No**

(f) Are you subject to any SEC cease-and-desist order, entered within the past five years, that directs you to cease and desist from committing or causing a violation or future violation of (A) any anti-fraud provisions of the federal securities laws; or (B) any provision of Section 5 of the Securities Act of 1933, as amended (the "**Securities Act**"). Anti-fraud provisions of the federal securities laws include Section 17(a)(1) of the Securities Act, Section 10(b) of the Exchange Act and Rule 10b-5, Section 15(c)(1) of the Exchange Act and Section 206(a) of the Investment Advisers Act of 1940?

**Answer:** ☐ **Yes** ☒ **No**

(g) Have you been suspended or expelled from membership in, or suspended or barred from association with a member of, a registered national securities exchange or a registered national or affiliated securities association for any act or omission to act constituting conduct inconsistent with just and equitable principles of trade?

**Answer:** ☐ **Yes** ☒ **No**

(h) Are you subject to any U.S. Postal Service false representation order entered within the past five years?

**Answer:** ☐ **Yes** ☒ **No**

(i) Are you subject to any temporary restraining order or preliminary injunction relating to conduct alleged by the U.S. Postal Service that constitutes a scheme or device for obtaining money or property through the mail by means of false representations?

**Answer:** ☐ **Yes** ☒ **No**

## (17) Broker or Dealer

(a) Are you, or to the best of your knowledge, is any associate of yours, affiliated with any firm directly or indirectly engaged in the securities business as a broker or dealer, as an employee acting in any capacity, including that of an officer of a registered representative, as a director or partner, or as an equity investor or debt investor, other than debt arising as a result of trading activities? You need not include or disclose investments in publicly held corporations which in turn have investments in firms in the securities business if your investment in the publicly held corporation is of the same class of security and is publicly held and does not exceed 5% of such class.

Yes _____ No X

If the answer is yes, please provide the details thereof:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

## (21) Marketing Arrangement and Reports on the Company

(a) Are you aware of (i) any marketing, management or similar report or memorandum relating to broad aspects of the business, operation or products of the Company which has been prepared for or by the Company or the underwriters, other than a report or evaluation described in the Prospectus, or (ii) any

report or memorandum other than the Prospectus which has been prepared for external use by the Company in connection with the proposed offering?

Yes _____ No _X___

If you answered yes, please identify the report or memorandum.

(b) Are you aware of any arrangement made or to be made by any person, or any transaction already effected:

(i) to limit or restrict the sale of the Company's securities during the period of the offering;

(ii) to stabilize the market for the Company's securities; or

(iii) to withhold commissions or otherwise to hold the underwriter responsible for the distribution of the offering.

Yes _____ No _____

If so, please describe:

________________________________________

________________________________________

________________________________________

________________________________________

**SIGNATURE**

I understand that the information provided in this Questionnaire, as completed by me, will be relied upon by the Company and Ellenoff Grossman & Schole LLP, and is furnished for use in connection with filings to be made by the Company with the SEC and other regulatory entities. I consent to the use of the foregoing information in the Registration Statement, if necessary, and other filings to be made by the Company with the SEC and NASDAQ and/or NYSE.

The responses supplied in this Questionnaire are accurate and complete to the best of my knowledge. I will review all drafts of the Registration Statement, including amendments thereto, that are delivered to me and will promptly notify Ellenoff Grossman & Schole LLP if I determine that any such draft contains any untrue statement of a material fact or any omission of a material fact required to make the statements therein not misleading.

I will also notify Ellenoff Grossman & Schole LLP immediately of any changes in the foregoing answers that should be made as a result of my becoming aware of any developments occurring after the date of this Questionnaire.

Dated: 8/4/21

Signature

Alan Ginsburg

Print Name

**Exhibit A**

**Biography**

## Exhibit B

## Ownership of Company Securities