Exhibit 10, Emails Hiring Mayer Brown and Firing Maxim

Gmail **barry Kostiner <bkostiner@fintecham.com>**

# Sagaliam -- Engagement Letter.pdf

4 messages

**Daniel Gordon** <dgordon@gldlp.com> Wed, Aug 18, 2021 at 6:46 AM
To: barry Kostiner <bkostiner@fintecham.com>

Please sign for both entities and return.

**Sagaliam -- Engagement Letter.pdf**
1046K

**bkostiner@fintecham.com** <bkostiner@fintecham.com> Wed, Aug 18, 2021 at 7:58 AM
To: Daniel Gordon <dgordon@gldlp.com>

Please see attached.

[Quoted text hidden]

**EFHutton_Sagaliam_EngagementLetter_18aug21.pdf**
1251K

**bkostiner@fintecham.com** <bkostiner@fintecham.com> Wed, Aug 18, 2021 at 7:58 AM
To: Daniel Gordon <dgordon@gldlp.com>

Please see attached.

**From:** Daniel Gordon <dgordon@gldlp.com>
**Sent:** Wednesday, August 18, 2021 7:47 AM
**To:** barry Kostiner <bkostiner@fintecham.com>
**Subject:** Sagaliam -- Engagement Letter.pdf

Please sign for both entities and return.

**EFHutton_Sagaliam_EngagementLetter_18aug21.pdf**
1251K

**Daniel Gordon** <dgordon@gldlp.com> Wed, Aug 18, 2021 at 7:59 AM
To: "bkostiner@fintecham.com" <bkostiner@fintecham.com>

Ok – I am going back to Mayer Brown and pushing them on fees given that we are not changing to Warrants. So there may be another version to sign.

[Quoted text hidden]