Exhibit 11, Daniel Gordon LinkedIn

in
Home | My Network 2 | Jobs | Messaging 3 | Notifications 20 | Me | For Business | Lear






## Daniel Gordon

Managing Director at GLD Partners, LP | Official Member of Forbes Business Council 2020

- GLD Partners, LP
- Boston University

Los Angeles, California, United States · Contact info

2 connections

Connect | Message | More

## About

Daniel Gordan is a respected finance professional with a background in international economics, public policy, and alternative investing.

Daniel is a Managing Director at independent international investment fir ...see more

## Activity

117 followers

**Daniel hasn't posted yet**

Recent posts Daniel shares will be displayed here.

Show all activity →

## Experience

**Managing Director**

GLD Partners, LP · Full-time

2003 - Present · 22 yrs 5 mos

Los Angeles County, California, United States

I am the Managing Director at GLD Partners, LP, a private equity firm based in Los Angeles, California.

## Education

**Boston University**

Bachelor's degree, Economics and Politi

Activities and societies: Phi Beta Kappa

London School of Ec
Master's degree, Public Administration

Show all 3 educations →

## Skills

CEOs

Investment

Show all 6 skills →

## Interests

Top Voices Companies

**Margaret Franklin, CFA** · 3rd
President and CEO at CFA Institute
78,932 followers
+ Follow

**Bill George** · 3rd
Executive Fellow, Harvard Business School, former Medtronic CEO, and Best-selling Author | True North Emerging Leader Edition available now!
275,100 followers
+ Follow

Helping People Prosp Promoted •••
wellby

Kelli, explore relevant opportunities with Wellby Financial

Get the latest jobs and industry news

Follow

## More profiles for you

**Kate Nahon Gordon** · 3rd
Creative Direction + Product Design + Consulting at KNG Ventures
+ Follow

**Tiffany Yuhasz** · 3rd
Vice President Enterprise Sales at Salesforce
Message

**Eric Pritz** · 3rd
Senior Partner at Signature Estate & Investment Advisors, LLC
+ Follow

**Luke Macfarlan** · 3rd
Chief Operating Officer at Leafwell - We're hiring! 🚀

Message



**Charles Andres, Ph.D, RAC** · 3rd
Thought Leader, Award Winning Author, Comprehensive Provider of Patent and FDA Strategies for Life Sciences Companies, Shareholder at Greenberg...

Message

Show all

## Explore Premium profiles



**Anthony S** · 3rd+
Managing Partner at Rise With ABA | Supporting Children & Families with Compassionate, Personalized Care | ** Hiring passionate BCBAs **

Message



**Brad Phillips** · 3rd+
Placing the right product with the largest global retail brands

Message



**Cameron Kreager** · 3rd
President at Cameron Builders, Inc. and Cameron Pools

Message



**Bryce Plant** · 3rd
--

Message

## People you may know

From Daniel's industry



**Fred Zeller**
Ameriprise Financial Services, LLC or Financial Advisor at Ameriprise Financial Services, LLC.

Connect



**Christa Abshier, MBA, SHRM-CP**
Lead Human Resource Initiatives | Specialize in Culture & Engagement

Connect



**Bruce Wright**
Executive Director, Liberty ISD Education Foundation

Connect



**Tom Banahan**
Partner at Tenaya Capital

Connect

**richard wexler**
Owner, wexler kronen capital associates

Connect

Show all