Exhibit 13 About Us Page GLD Partners

GLD PARTNERS

HOME ABOUT US STRATEGIES CAREERS PRESS CONTACT



# Our Management

## *The Foundation to Succeed*

Paramount to our growth is the expertise of our executive team who guide the firm's strategic trajectory. Drawing on its years of financial and managerial experience, the executive management team, in close collaboration with the firm's founding partners, keeps a keen eye on all business matters.

***Supporting the executive team are seasoned professionals in the following departments:***

- Risk/Portfolio Management
- Research/Analytics
- Marketing/Communications
- Client Relations
- Administration

CONTACT



GLD PARTNERS

*Committed to a long-term focused investment approach to select investments, across industries and geographies.*

*New York, NY*

1325 Avenue of the Americas
*28th Floor*
New York, NY 10019

**Phone**: 212-245-1060
**Fax**: 212-245-1053

*Los Angeles, CA*

10940 Wilshire Blvd
Suite 1500
Los Angeles, CA 90024

**Phone**: 213-616-0011
**Fax**: 213-616-0088