Exhibit 14, DANIEL GORDON TAX WARRANT NEW YORK STATE

An official website of New York State.
Here's how you know

NEW YORK STATE

Department of
Taxation and Finance

New York State Tax Warrants

# Warrant Search

Enter the search criteria and select **Search**. The search results will only include open New York State tax warrants. For information on satisfied warrants, visit the New York State Department of State website at Tax Warrant Notice System. Select **Clear** to start over.

Select to learn more about a particular field

## Warrant search

**The information in this database is current up to May 03, 2025.**

Name search: **Contains this word(s)**

Taxpayer name: **Gordon daniel**

County in which warrant is filed: **All** or **Select county** or **Select county**

City specified in warrant address record:

ZIP Code specified in warrant address record:

Warrant ID:

Docket amount ($): **.00** to **.00**

Docket date: to

Tax type: **All**

Sort: **Descending** on **Docket amount**

Clear Search

## Warrant details

Select ▶ to view the current balance due for a docketed warrant.

Showing 1-4 out of 4

| Warrant ID | Taxpayer name | County | Tax type | Docket date | Docket amount ($) |
|---|---|---|---|---|---|
| ▼ E023287253W003 | DANIEL L GORDON | ALBANY | PERSONAL INCOME TAX | 06/20/2016 | 24,477,870.26 |
| Current balance ($): | | | | **50,908,179.38** | |
| ▶ E023287253W002 | DANIEL L GORDON | ALBANY | PERSONAL INCOME TAX | 03/14/2016 | 386,575.55 |
| ▶ E041390218W002 | DANIEL O GORDON | ALBANY | PERSONAL INCOME TAX | 12/15/2021 | 1,759.19 |
| ▶ E039271749W001 | DANIEL A GORDON | KINGS | PERSONAL INCOME TAX | 12/10/2013 | 359.02 |

Showing 1-4 out of 4

## Web survey

Provide feedback about this online service through our Web Survey.

Print



**Name search**

*Contains this word(s)* finds records that include every word you enter in the search. For example, you can find Sample Transporting Corporation, INC. by searching for:

- *transporting*
- *SAMPLE Corporation*
- *Sample Transporting Corporation, INC.*

*Begins with* finds records containing the text you enter, even if it's not a full word. For example, you can find Sample Transporting Corporation, INC. by searching for:

- *corp*
- *TRANSPORT*
- *sample*

*Ends with* finds records containing the text you enter, even if it's not a full word. For example, you can find Sample Transporting Corporation, INC. by searching for:

- *porting*
- *AMPLE*

### Taxpayer name
Enter the name of the business or individual you're searching for.

### County in which warrant is filed
If searching for only one county, use only the left drop-down.

### Warrant ID
A warrant ID is a unique identification number located in the upper-right corner of the warrant.

### Docket amount
If you want to limit search results to certain docketed amounts, enter the dollar range.

### Docket date
If you want to limit search results to warrants docketed within certain dates, enter the date range.

### Tax type
To find metropolitan commuter transportation mobility tax (MCTMT) warrants:

- for employers, select *Withholding tax*
- for self-employed individuals and individual partners, select *Personal income tax*

### Sort
To sort your list, select *Descending or Ascending* from the drop-down. *Ascending* will sort your results in alphabetical order starting with *A*, or from the lowest to highest number. You can sort data for the following fields:

- *Taxpayer name*
- *County*
- *Warrant ID*
- *Docket amount ($)*
- *Docket date*
- *Tax type*