Exhibit 17, Email from Kelli Austin to Alan Ginsburg

Gmail

**Kelli Austin <kellidaustin@gmail.com>**

# SAGALIAM SPONSOR, LLC

**Kelli Austin** <kellidaustin@gmail.com> Tue, Feb 6, 2024 at 12:45 PM
To: aginsburg@ahg-group.com
Bcc: Patrick Morris <prm@patrickmorrislaw.com>

Dear Mr. Ginsburg,
My name is Kelli Austin. I am a trustee of BN Holdings Trust, which purchased Sagaliam Sponsor, LLC from GLD Partners, LP or GLD Sponsor Member, LLC. I just received a very threatening letter from an initial investor in the IPO for Sagaliam Acquisition Corp who made claims that he was misled and was told you were the managing member of the sponsor and it was never disclosed that Dan Gordon was involved. The attorney forwarded me the promotional info he was given and it does not list Dan. In full disclosure, I was sued in New York by GLD and they are perfecting their judgment in Texas and trying to take my assets. I'm not taking the hit on this latest lawsuit. When I bought Saga Sponsor, LLC I was not given any formation documents nor any regulations (equivalent of bylaws) of the LLC. Do you have those documents you would be willing to give me so that I can show to these gentlemen that they were not misled?
Sincerely,
Kelli Austin
BN Holdings Trust